# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

VIRGINIA A. CONAWAY WIFE
OF/AND WAYNE CONAWAY

NO. 2024 CW 0668

VERSUS

BREE G. AUSTIN WIFE OF/AND
ASHLEY AUSTIN AND BONNY GEE

**OCTOBER 7, 2024**

---

In Re:    Bonny Gee, applying for supervisory writs, 22nd Judicial
          District Court, Parish of St. Tammany, No. 202314235.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

**WRIT NOT CONSIDERED.** The writ application fails to comply with Rule 4-5(C)(6) and (10) of the Uniform Rules of Louisiana Courts of Appeal, as it does not include copies of the judgment or the pertinent court minutes. In addition, this court requires a copy of the transcript of the May 9, 2024 hearing.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal. Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation and must comply with Rule 2-12.2, Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before November 6, 2024, and must contain a copy of this ruling.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT